IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH D. LAMB, SR.,

    Plaintiff,

v.                                            CASE NO. 1:11-cv-225-MP-GRJ

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, who is currently incarcerated at Columbia Correctional Institution ("CCI") in Lake City, Florida, filed a complaint on the Court's civil rights complaint form for prisoners in actions under 42 U.S.C. § 1983. (Doc. 1.) In his complaint, Plaintiff brings an Eighth Amendment claim, complaining about prison conditions at CCI. CCI is located in Columbia County, Florida and all events relevant to this action relate to events or conditions occurring at CCI. Columbia County is located within the territorial confines of the Jacksonville Division of the Middle District of Florida. Venue is proper in a civil action not founded solely on diversity only in a judicial district: (1) where any defendant resides, if all defendants reside in the same state; (2) where a substantial part of the events giving rise to the claims occurred; or (3) where any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Because all of the events giving rise to Plaintiff's claims took place in the Middle District of Florida, the proper district for venue is the Middle District of Florida.

Accordingly, it is **RECOMMENDED** pursuant to 28 U.S.C. § 1406(a) that the Clerk be directed to **TRANSFER** this case to the United States District Court for the

Middle District of Florida, Jacksonville Division.

  **IN CHAMBERS** this 20th day of October, 2011.

       *s/Gary R. Jones*
       GARY R. JONES
       United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**