**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JOSEPH D. LAMB, SR.,

      Plaintiff,

v.                                    CASE NO. 1:11cv225-MP-GRJ

FLORIDA DEPARTMENT OF CORRECTIONS,

      Defendant.

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 20, 2011.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

      **DONE and ORDERED** this 29th day of November, 2011.


*s/ M. Casey Rodgers*

**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**